# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| MARY E. BROWN, | : | Bankruptcy No. 08-13987DWS |
| | : | |
| Debtor. | : | |

## ORDER

**AND NOW**, this 24th day of June 2008, the Clerk having brought to my attention electronic filing errors in the above-captioned case;

**And** this Court having entered an Order on February 29, 2008 (the "Sanctions Order") as Misc. No. 08-3003 to address continued and uncorrected deficiencies in the practices of Michael Kutzer, Esquire ("Kutzer") which have caused prejudice to his clients and burden on this Court;

**And** the Sanctions Order providing in pertinent part:

> For each such error, Kutzer's compensation in the applicable case shall be reduced by $25, and he shall be given five days to correct the docket. If Kutzer fails to make the necessary correction, an additional deduction of $50 shall be made. If after ten days, Kutzer still fails to correct the docket, no compensation shall be allowed in that case. To the extent Kutzer has collected his fee up front, he will be required to disgorge to the Debtor the disallowed amount as soon as it is determined. This remedy will be imposed by separate order in the applicable case.

<u>In re Mary E. Brown - Bankruptcy No. 08-13987DWS</u>

**And** Kutzer having made docket entries no. 4 and 5 in this case which represent that the Statement of Social Security Number and Form 22C, respectively were filed;

**And** upon clicking on the entries, it appears that he has filed and docketed under both numbers the petition and all schedules (also docketed as number 1) and failed to file the documents he has stated were docketed, thus subjecting his client to dismissal for documentary deficiencies;

It is hereby **ORDERED** that Kutzer shall disgorge to the Debtor the sum of $50 and immediately correct the two deficient filings. If they are not corrected by **June 30, 2008**, he shall disgorge $100 to the Debtor. If they are not corrected by **July 7, 2008**, no compensation shall be allowed in this case.

 

DIANE WEISS SIGMUND
U.S. Bankruptcy Judge

cc:  Chief Judge Stephen Raslavich
Judge Bruce Fox
Judge Eric Frank
Judge Richard Fehling
Judge Jean FitzSimon

Timothy McGrath, Clerk
Walter Stoertz, Chief Deputy Clerk

Frederic J. Baker, Esquire
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

William C. Miller, Esquire
Standing Chapter 13 Trustee
P. O. Box 40119
Philadelphia, PA 19106-0119

Frederick L. Reigle, Esquire
P.O. Box 4010
Reading, PA 19606